UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE NGUYEN, | CASE NO. C26-0081JLR |
| Plaintiff, | ORDER |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

Before the court is a motion for leave to withdraw filed by Plaintiff Katherine Nguyen's counsel, Seth E. Chastain and Ryan C. Sobotka of Levy | von Beck | Comstock | Chastain, P.S.  (Mot. (Dkt. # 12).)  Neither Ms. Nguyen nor Defendant State Farm Fire and Casualty Company ("State Farm") responded to the motion.  (*See generally* Dkt.)  The court GRANTS the motion.

In general, attorneys may withdraw their appearance in a civil case until 60 days before the discovery cutoff.  Local Rules W.D. Wash. LCR 83.2.  Here, the court has not

ORDER - 1

yet set a trial date or discovery deadline.  (*See generally* Dkt.)  Therefore, the court GRANTS counsel's motion to withdraw (Dkt. # 12).  The Clerk is DIRECTED to update the docket with Ms. Nguyen's contact information and mail a copy of this order to:

> Katherine Nguyen
> 207 21st Ave
> Seattle, WA 98122
> (206) 779-2886

Ms. Nguyen is now proceeding *pro se* in this matter unless or until new counsel makes an appearance on her behalf.  Ms. Nguyen is placed on notice that although the court must liberally construe filings made by *pro se* litigants, s*ee McGuckin v. Smith*, 974 F.2d 1050, 1055 (9th Cir. 1992), *pro se* litigants must nevertheless follow the same rules of procedure that govern represented litigants, *see, e.g.*, *Briones v. Riviera Hotel & Casino*, 116 F.3d 379, 381 (9th Cir. 1997).  Resources for *pro se* litigants are available on this District's website at https://www.wawd.uscourts.gov/representing-yourself-pro-se. The court strongly recommends that Ms. Nguyen register for the court's electronic filing system to ensure that she receives timely notice of filings in this case.

Dated this 28th day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2